IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-313-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| ANTHONY RASHON BARNES, | ) |
| | ) |
| Defendant. | ) |

On September 10, 2020, Anthony Rashad Barnes filed a motion for reconsideration [D.E. 83] of this court's order of August 17, 2020. See [D.E. 81]. The court has considered Barnes's motion for reconsideration under the governing standard. See Fed. R. Civ. P. 59(e); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Dennis v. Colleton Med. Ctr., Inc., 290 F.3d 639, 653 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). The motion for reconsideration [D.E. 83] is DENIED.

SO ORDERED. This \_11\_ day of October 2020.

JAMES C. DEVER III
United States District Judge